IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-16-H-BMM |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| LETTIE SUZANNE FREDERICK, | |
| Defendant. | |

The Defendant, by consent, has appeared before me pursuant to Federal Rule, Fed. R. Crim. P. 11, and has entered a plea of guilty to the charge of Theft of Government Money, in violation of Title 18 U.S.C. § 641(1), as set forth in the Information. After examining the defendant under oath, the Court determined that the plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands her constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a plea was entered contained each of the essential elements of the offense.  I recommend that the Defendant be adjudged guilty and that sentence be imposed.  A presentence report will be

ordered.

DATED this 30th day of October 2025.

_____
John Johnston
United States Magistrate Judge

**NOTICE**

Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).