IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>LETTIE SUZANNE FREDERICK,<br><br>Defendant. | No. CR 25-16-H-BMM<br><br>ORDER |

United States Magistrate John Johnston entered Findings and Recommendation in this matter on October 30, 2025. (Doc. 17.) Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. §636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

      Judge Johnston recommended this Court accept Suzanne Frederick's (Frederick) guilty plea after Frederick appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to the Information. I find no clear error in Judge Johnston's Findings and Recommendation, and I adopt them in full, including the recommendation to defer acceptance Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

      DATED this 30th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts